Next, we have United States v. Dorsey.
judges: BYBEE, BEA, MENDOZA